ATTORNEY GRIEVANCE COMMISSION     \*    IN THE
OF MARYLAND                              COURT OF APPEALS

        Petitioner,             \*    OF MARYLAND

v.                             \*    Misc. Docket AG

ATHANASIOS THEODORE TSIMPEDES     \*    No. <u>98</u>

        Respondent.          \*    September Term, 2018

## <u>ORDER</u>

Upon Consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Athanasios Theodore Tsimpedes, to indefinitely suspend the Respondent from the practice of law for violating Rules 1.15(a), (b) and (c), 8.1(b), and 8.4(d) of the Maryland Rules of Professional Conduct. The Court having considered the Petition, and the record herein, it is this <u>12th</u> day of <u>August</u>, 2019;

ORDERED, by the Court of Appeals of Maryland, that, effective September 1, 2019, the Respondent, Athanasios Theodore Tsimpedes, be indefinitely suspended from the practice of law in the State of Maryland; and it is further

ORDERED, that, on September 1, 2019, the Clerk of this Court shall strike the name of Athanasios Theodore Tsimpedes from the registry of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk